IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CLYDE LAMB,

    Plaintiff,

v.

Sgt. MILLS; Captain AUSTIN,
and GLYNN COUNTY DETENTION
CENTER,

    Defendants.

CIVIL ACTION NO.: CV208-085

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendant Austin and the Glynn County Detention Center are **DISMISSED**. Plaintiff's claim that he has been denied legal representation is also **dismissed**.

**SO ORDERED**, this 22 day of October, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)